

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00369-CV

**IN THE INTEREST OF L.M.H., ET AL CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01720
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief was originally due October 1, 2020; however, the court granted appellant an extension until October 21, 2020 to file the brief. Appellant is represented on appeal by Mr. Gerald Uretsky. On October 21, 2020, Mr. Uretsky filed a motion requesting an additional twenty days to file the brief.

We grant the motion and order Mr. Uretsky to file appellant's brief **no later than November 10, 2020.**

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Mr. Uretsky is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court